## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

_____
                                                                   )
**In re**                                                      )          **Chapter 15**
                                                                   )
**Seven Arts Pictures plc**                       )          **Case No. _____**
                                                                   )
          **Debtor in a Foreign Proceeding**  )
_____)


## DECLARATION OF NICKOLAS RIMES

1.  I am a licensed insolvency petitioner in England and Wales and the duly appointed liquidator of Seven Arts Pictures plc (the "Company"), being the debtor in an involuntary creditor liquidation proceeding currently pending in England and Wales in the High Court of Justice, Chancery Division, Companies Court ("Companies Court"), No. 9349 of 2011 (the "English Proceeding"). To the best of my knowledge, information and belief, the English Proceeding is the only foreign proceeding currently pending with respect to the Company. I have reviewed and executed the Verified Petition in furtherance of the Official Form of Involuntary Petition filed currently herewith. In this regard, except where otherwise stated in this declaration, I have relied on statements of facts in the Declaration of Peter Hoffman, a director and former chief executive officer of the Company.

2.  Attached hereto as Exhibit "A is the certificate of appointment of the Official Receiver in England and Wales appointing me as the liquidator for the Company pursuant to the Winding Up Order entered by the Companies Court on or about November 8, 2011 ("Winding Up Order') attached hereto as Exhibit "B." My appointment was made after a creditors' meeting organized by the Official Receiver on March 19, 2012. As a result of the appointment, I am authorized to administer the liquidation of the Company and to act as its representative.

3. Attached hereto as Exhibit "C" are copies of Sections 117 to 251 of the Insolvency Act 1986 of England and Wales which apply to involuntary creditors' liquidation proceedings. The English Proceeding is collective in that it involves all creditors collectively and the Company's creditors are subject to the English Proceedings. The English Proceedings are judicial proceedings in that opening of the proceedings and the approval of any kind of liquidation, as well as any administration of the proceedings, is under the jurisdiction of the Companies Court.

4. The Company's registered number with the Companies House in England and Wales is 04276617. The registered office of Company is at One America Square, Crosswall, London, EC3N 2SG, England. A true and correct copy of the last filed accounts of the Company is attached as Exhibit "D."

I have personal knowledge of the foregoing. Executed under penalty of perjury in Bewdley, England on April 17, 2012.

/s/ Nickolas Rimes
Nickolas Rimes