Rule 4.100,
4.101-CVL,
4.139

**Certificate of Appointment of Liquidator by Creditors Meeting**

Exhibits A


EXHIBIT A

**Re:** Seven Arts Pictures PLC – In Liquidation
**In the** High Court Of Justice - 009349 of 2011

This is to certify that at a meeting of the creditors of Seven Arts Pictures PLC held on 19/03/2012

Nickolas Garth Rimes of RIMES & CO LLP of Bridge House, Severn Bridge, Bewdley, DY12 1AB, United Kingdom.

having provided a written statement of being qualified to act as an insolvency practitioner in relation to Seven Arts Pictures PLC under the provisions of the Insolvency Act 1986, and of consenting so to act, was appointed as liquidator of Seven Arts Pictures PLC.

Date: 26 March 2012

Michael Lazarus
Chairman



EXHIBIT B

No. 9349 of 2011

<u>IN THE HIGH COURT OF JUSTICE</u>

<u>CHANCERY DIVISION</u>

<u>COMPANIES COURT</u>

Before Mr Justice David Richards

Tuesday 8 November 2011

IN THE MATTER OF SEVEN ARTS PICTURES PLC

AND IN THE MATTER OF THE INSOLVENCY ACT 1986

BETWEEN:

PETER MILES HOFFMAN

<u>Applicant</u>

AND

PARALLEL MEDIA LLC

<u>Petitioning Creditor</u>

---

ORDER

---

UPON THE APPLICATION of Peter Miles Hoffman (the "Applicant"), a director of Seven Arts Pictures PLC (the "Company"), dated 25 October 2011 (the "Application")

AND UPON READING the witness statement of the Applicant dated 25 October 2011, of Andrej Lisyansky dated 4 November 2011, of Lane Bednash dated 7 November 2011 and the Applicant dated 7 November 2011

AND UPON HEARING Counsel for the Applicant and Counsel for Parallel Media LLC, the petitioning creditor ("Parallel")

1

AND UPON treating the Application as a winding-up petition pursuant to paragraph 13(1)(e) Schedule B1 of the Insolvency Act 1986

IT IS ORDERED THAT:

1. The application for an administration order is refused.

2. Pursuant to paragraph 13(1)(e) Schedule B1 of the Insolvency Act 1986, the Company shall be wound up by the Court.

3. The Applicant shall pay Parallel's costs of the Application, summarily assessed in the sum of £6,500, and payable within 14 days of this order.

Signed............

Dated.............

**Solicitors for the Applicant**
Sprecher, Grier Halberstam LLP
One America Square
Crosswall
London EC3 2SG

**Solicitors for the Petitioning Creditor**
Elena Jacobsen
Parallel Media LLC
3 Queen's Street
London W1J 5PA

2